**IT IS ORDERED as set forth below:**

**Date: November 15, 2009**

_____
**Robert E. Brizendine**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 09-23168-REB |
| CHRISTOPHER KNOX AUSTIN (A/K/A CHRISTOPHER K. AUSTIN; A/K/A CHRISTOPHER AUSTIN),<br>Debtor. | CHAPTER 7 |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. AS NOMINEE FOR U.S. BANK, N.A.,<br>Movant. | |
| v. | CONTESTED MATTER |
| CHRISTOPHER KNOX AUSTIN (A/K/A CHRISTOPHER K. AUSTIN; A/K/A CHRISTOPHER AUSTIN),<br>BRADLEY J. PATTEN, ESQ., Trustee,<br>Respondents. | |

**ORDER ON MOTION FOR RELIEF FROM STAY**

Movant filed a Motion for Relief from Stay October 20, 2009, together with a Notice of Hearing set for November 10, 2009 (Doc. No. 15), regarding Debtor's real estate located at 5528

Mountain View Parkway, Lula, GA   30554 (the "Property") and contends service was proper upon the above-captioned Respondents. Respondents did not oppose Movant's Motion: accordingly, it is hereby

ORDERED that Movant's Motion for Relief from Stay is GRANTED: the automatic stay of 11 U.S.C. §362 (a) pertaining to the Property is modified to allow Movant to exercise its rights under the power of sale provisions contained in the Security Deed and as provided for by the laws of the State of Georgia including, but not limited to, advertising to effectuate a foreclosure sale at the earliest possible date and gaining possession of the Property; provided, however, that any proceeds resulting from the disposition of the Property in excess of the lawful claim of Movant under its Note and Security Deed shall be promptly remitted to the Trustee for the benefit of the Estate. It is further

ORDERED that the stay of Rule 4001(a)(3) is modified so that Movant may immediately proceed under this Order.

[END OF DOCUMENT]

**PRESENTED BY:**

By: /s/William J. Layng, Jr.
William J. Layng, Jr.
Georgia Bar Number 441550
115 Perimeter Center Pl., Ste. 1000
Atlanta, GA  30346
770-392-0303
blayng@penderlaw.com
Attorney for Movant
Firm File Number: 09-7078

DISTRIBUTION LIST

Bradley J. Patten, Esq.
Smith, Gilliam and Williams, PA
301 Greene St., Suite 200
PO Box 1098
Gainesville, GA  30503-1098

Anthony B. Sandberg,
The Sandberg Law Firm
International Tower - Ste. 705
229 Peachtree St., NE
Atlanta, GA  30303

Christopher Knox Austin
5528 Mountain View Parkway
Lula, GA  30554

William J. Layng, Jr.
Pendergast & Jones, PC
115 Perimeter Center Pl., Ste. 1000
Atlanta, GA  30346